## BRINTLE V. CITY OF WOODLAWN.

*Equity.*

(Decided May 8, 1907.)

Appeal from Jefferson Chancery Court.

Heard before Hon. A. H. Benners.

R. DUPONT THOMSON, for appellant.
J. S. KENNEDY, for appellee.
Per curiam.—Dismissed by agreement of parties.